## GROSSMAN, HEAVEY & HALPIN

A PROFESSIONAL CORPORATON
COUNSELLORS AT LAW
www.grossmanandheavey.com

RICHARD A GROSSMAN
rag@grossmanandheavey.com
THOMAS J. HEAVEY
tjh@grossmanandheavey.com
MICHAEL G. HALPIN
mgh@grossmanandheavey.com
MATTHEW J. HEAGEN
matt@grossmanandheavey.com
SHELBY L. FALCO
slf@grossmanandheavey.com
MORGAN ROSE MONTANO
mrm@grossmanandheavey.com

July 7, 2021

241 BRICK BLVD
BRICK, NEW JERSEY 08723
(732) 206-0200
—
FACSIMILE (732) 206-0205

Magistrate Judge Ann Marie Donio
Mitchell H. Cohen Building & US Courthouse
4th & Cooper Streets
Camden, New Jersey 08101

     RE:   Gandy v. City of Millville, et als
             Case No. 1:20-cv-00641-NLH - AMD

Dear Judge Donio:

     In response to the Order dated June 24, 2021, requiring pursuant to L. Civ. R. 7.1.1. disclosure of any third-party litigation funding, the defendant Inspira Medical Centers, Inc. has none to disclose.

                                 Respectfully,
                                 *Shelby L. Falco*
                                 SHELBY L. FALCO, ESQ.

SLF/nf
cc:     All Counsel of Record (E-Filing)