CONRAD J. BENEDETTO ***

+ MANAGING ATTORNEY
* MEMBER OF PA BAR
*** MEMBER OF NJ & PA BAR
*^ MEMBER OF PA & FL BAR

Benedetto
LEGAL ASSOCIATES

1615 South Broad Street
Philadelphia. PA 19148
Telephone: (215) 389-1900
Facsimile: (215) 271-8910

WWW.BENEDETTOLEGALASSOCIATES.COM

CHERRY HILL OFFICE:

112 HADDONTOWNE COURT
SUITE 203
CHERRY HILL, NJ 08034

BRUNI DIAZ, PARALEGAL
BDIAZ@CJBENEDETTOLAW.COM

October 7, 2021

*VIA ELECTRONIC FILING*
United States District Court
District of New Jersey - Camden Vicinage
Mitchell H. Cohen Building & U.S. Courthouse
4th & Cooper Streets - Room 1050
Camden, NJ 08101
Attn: Judge Ann Marie Donio

**RE: Estate of Edward C. Gandy, Jr. v. Millville Police Department, et al.
United States District Court, District of New Jersey, Camden Vicinage;
Docket No.: 1:20-CV-00641-NLH-AMD**

Dear Judge Donio:

As you are already aware, the above captioned matter is scheduled before your Honor today, October 7, 2021 at 2:00 PM for a telephone status conference.

I am respectfully requesting an adjournment of the conference as my office does not have phone service. Our office encountered this yesterday and we were informed by USA Phones that they still are working on this. As of this morning, I was contacted again by USA Phones advising they not know when the problem will be resolved.

My office has communicated with opposing counsel, Mitchell S. Berman, Esquire, Michael G. Halpin, Esquire and Jeff Sarvas, Esquire who are not opposed. Mr. Sarvas has requested that the telephone conference not be scheduled during October 15th-22nd as he is away on vacation.

Therefore, I am respectfully requesting an adjournment of today's telephone status conference.

Thank you for your consideration and patience in this matter.

Very truly yours,

CONRAD J. BENEDETTO

CJB/bd
cc: *All Counsel, via electronic filing*