IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY
CAMDEN VICINAGE

| | |
|---|---|
| THE ESTATE OF EDWARD C. GANDY, JR., by and through its Administrator ad Prosequendum, Shane S. Gandy and SHANE S. GANDY, in his own right,<br><br>Plaintiffs,<br><br>v.<br><br>CITY OF MILLVILLE, et al.,<br><br>Defendants. | Civil No. 20-641 (CPO/AMD)<br><br><br><br><br><br><br>**ORDER OF ADMINISTRATIVE TERMINATION** |

This matter having come before the Court by way of a settlement conference held on October 25, 2023; and the parties having reached an agreement to settle this matter; and the Court noting that the settlement is subject to a hearing concerning allocation of the wrongful death and survival claims; and the allocation hearing requiring Plaintiffs' counsel to file submissions to support the proposed allocation; and for good cause shown:

IT IS on this **26th** day of **October 2023**, hereby

**ORDERED** that this matter shall be, and is hereby, administratively terminated pending the submission of documents in

support of the allocation and pending an allocation hearing; and it is further

**ORDERED** that Plaintiffs' counsel shall file a motion to apportion, allocate, and distribute settlement proceeds by no later than **November 15, 2023.**

                                              s/ Ann Marie Donio
                                              ANN MARIE DONIO
                                              UNITED STATES MAGISTRATE JUDGE

cc: Hon. Christine P. O'Hearn