## THE UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY
## CAMDEN VICINAGE

| | |
|---|---|
| The Estate of Edward C. Gandy, Jr., by and through its administrator Ad Prosequendum, Shane S. Gandy and Shane S. Gandy, in his own right,<br>*Plaintiff*<br>vs.<br>City of Millville, Millville Police Department Police Chief Jody Farabella, in his individual capacity, Police Officer Colt Gibson, in his in his individual capacity, Cumberland County Guidance Center, Cumberland County Mental Health & Crisis Screening Facility, Dr. Victoria Eligulashvili, MD, Christal Hardin, RN, Marie Hasson, M.D., in her individual capacity, Center for Family Guidance, P.C., John and Jane Does Center For Family Guidance, P.C. 1-10 (fictitious individuals), Inspira Inpatient Adult Behavioral Health, Bridgeton, Dr. Stephen Marc Scheinthal, DO, in his individual capacity, Dr. James J. Rogers, DO, in his individual capacity, John and Jane Doe Police Officers 1-10 (fictitious individuals) in their individual capacities, John Doe Corporations 1 through 10, and John Doe Entities 1 through 10, all whose true names are unknown,<br>*Defendants* | **CIVIL ACTION**<br><br>INDEX NUMBER<br><br>1:20-cv-00641-NLH-AMD<br><br><br>**NOTICE OF MOTION FOR ALLOCATION** |

**PLEASE TAKE NOTICE** that the undersigned will apply to the above named Court as soon as counsel may be heard for an Order granting this motion for allocation.

It is respectfully requested that the court rule upon the moving papers submitted, without requiring appearance of counsel, pursuant to Fed. R. Civ. P. 78.

Plaintiffs will rely on the attached certification in support of the motion.

A proposed form of Order is attached hereto.

Dated: November 15, 2023            By: /s/ Andrew Smith
                                         _____
                                         ANDREW B. SMITH, ESQ.
                                         SMITH + SCHWARTZSTEIN LLC
                                         Attorney Identification No.: 032612004
                                         4 Chatham Road, Suite 1
                                         Summit, New Jersey 07901
                                         Phone: 973-206-1725
                                         Fax: 973-794-2589
                                         Email: andrew@sslawfirmllc.com
                                         *Attorney for Plaintiffs Estate of Edward C. Gandy and Shane S. Gandy*

## CERTIFICATE OF SERVICE

I hereby certify that on November 15, 2023, all documents supporting Plaintiffs' Motion for Allocation were filed and serve via the U.S. District Court of New Jersey's CM/ECF electronic filing system.

SMITH + SCHWARTZSTEIN LLC

BY: /s/ Andrew Smith
_____
ANDREW B. SMITH, ESQ.
4 Chatham Road, Suite 1
Summit, NJ 079601
Telephone: 973-206-1725
Fax: 973-794-2589